UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_TAMPA_ Division

### CIVIL RIGHTS COMPLAINT FORM

Kevin Casrell  2021000621
Anderson McCall Carter
2020007973

CASE NUMBER: 8:21-cv-1730-TPB-SPF
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

V.

Bradenton Police Dept
Lt Ramdath

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Manatee County Jail
(Indicate the name and location)

Palmcto Fl

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( )  No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)    1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2_____.

_____
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

   1. What steps did you take? filed Grievance Informed lawyer

   2. What were the results? _____

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 2 day of June, 2021.

*Michael Merrin Cassell*
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): ___N/A___

   Defendant(s): ___N/A___

2. Court (if federal court, name the district; if state court, name the county): ___N/A___

3. Docket Number: ___N/A___

4. Name of judge: ___N/A___

5. Briefly describe the facts and basis of the lawsuit: ___N/A___

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): ___N/A___

7. Approximate filing date: ___N/A___

8. Approximate disposition date: ___N/A___

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____
_____ N/A
_____
_____

V. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Kevin Castrell 2021000621

Mailing address: 14470 Harlee Rd
Bradenton Fl 34221

B. Additional Plaintiffs: Anderson McCall Canter 2020007973
_____
_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Bradenton Police Dept

Mailing Address: → 100 10th St West
Bradenton Fl 34205

Position: _____

Employed at: _____

D. Defendant: Lt Ramdath

Mailing Address: → 100 10th Street W
Bradenton Fl 34205

Position: _____

Employed at: _____

DC 225 (Rev. 9/03)                          6

Continue: 8.

DC 225
(Rev. 9/03)

STATEMENTS OF CLAIM:

1.) Discrimination, Racial Profiling, Harrassment, Illgal Search and Seizures, Store typing. Physical injury well As mental injury, pain and financial Suffering. lost of Home, Job, Childrens Grandchildrens through the Custdy of C.P.S Death in The Plaintiff Family. Constitutional Civil Rights has been Violated. Particularly, Knowingly, with Noticeable extrem Constructed encountered, With an personal Agenda With Neglect unprofessional tentions to deprive the said

2.) Plaintiff of His or Her rights. It Appears that the Plaintiff is deprived of His Liberty Without Due Process of Law in Violation of The Constition of the United States. Violation of due Process When Prosecutor Presented Perjured Testimony) is not Punishment of Society for misleeds of a Prosecutor but Avoidence of An unfair Trial To The Accused. (See 373 U.S. AT 87. 83 S. Cl. AT 1196)...

3.) I have the Right to Vote For A Specific President Which was Joe Biden. For President to Run office. While Picketting on 11-24-2020 Election Day. When Plaintiff was Approached by 15 P.D. For no Other Reason Other then harassedment. Without

E. Defendant: OFFICER BURT 1011/#41132077799
Mailing Address: 100 10th Street W
Bradenton Fl 34205

Position: _____
Employed at: _____

F. Defendant: SARA A. DOMINGUEZ
Mailing Address: _____

Position: Probation OFFICER
Employed at: 

G. Defendant: Manatee County Judicial Center
Mailing Address: 1051 Manatee Ave West
Hensley Wing 5th Floor
Bradenton Fl 34205

Position: _____
Employed at: _____

DC 225 (Rev. 9/03)

7

Continue Firm Papers.

## Statements of Claim:

DC 225
(Rev. 9/03)

The involvement of contacting said Property owner. Their was no known Phone Call, are Complaint From the Owner on 11/24/2020, election Day. When the Plaintiff and wife

4.) Mrs. TiLa Maria Casrell. Was Wrongly harassed. Racial Profiling. Discrimination. illgal Search and Seizure. Police made false Claims including their involvements in the untrue Facts. That Bradenton Police Department. Came within the

5.) November Event 11-24-2021. Plaintiff was not in No known Such Contact with the Owner of the Property. Pronounced. Are, Said with Words to any of the Plaintiff Family, inlaws. Cusins. Homless Peoples. Had not anytime Arrived at the Priv Property. "that was once a Building stood there. On the Said Property. Consequently a Bad Accident happen in the area when a Car Ran off to the Right side of the Building

6.) Causing Fatil Serious Unpredictability Uncharacteristic Death, harm injuri. The City Construction tore the Building down. Which the Property was For Sale. in the Plaintiff's and Family inlaws, Cousins, Homeless Peoples. used that area For The Joe Biden Sayin Go Joe Biden For our new President to Run office Plaintiffs Hold Sign

JanJo Correll Michael      6/24/21
× CASTELL Michael #169019    × Brooke P Boldin

Brooke P Boldin
Comm #HH050289
Expires: Feb. 1, 2025
Bonded Thru Aaron Notary

VI.  STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Discrimination, Racial Profiling, Harrassment, Illegal Search and Seizure.

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

1.) ON 11-24-20 I was Picketting on this election for new President which was Joe Biden. Bradenton Police Department along with Lt. Ramdath, Officer came across street on 14th st and approached Plaintiff which Plaintiff was holding Joe Biden sign and the Police (Lt. Ramdath) only harassed Plaintiff because he was homeless. The defendants acted without even

Statement of Facts, continued:

ask owner of Property permission to Pickett. There was no call by owner to move Plantff from property. The Defendant are targeting homeless on 14st with Personal agenda abusing Authority

2.) Anderson Carter has been hArassed ongoing since 2019 for walking on 14th Street

3.) The property manager of The Said property that was for sel did not call for the Bradenton Police Department. Are 911. To Remove us from Said property on The legislation, President Joe Biden Running for President holding his Sign in His hands, His wife Mrs. T. La Maria Casrell. His Daughter Sasha Maria Martin, BPD, Was Trusted Passed From, Off the property on the legislation Day. Not the Owner of the Said Privit Property.

DC 225 (Rev. 9/03)                              9

(page 12)

## VIII. RELIEF REQUESTED:  6, 17, 2021

(1.) I WOULD like For This Court OF The UNITED STATES OF DISTRICT COURT MIDDLE DISTRICT OF FLORIDA To Take In This Matter In an very important considration:

(2.) I Would like injustive relif Stopped. Defendants of Harrssing Plaintiff and Homeless on 14th Street. Of Racial Profiling. Prejudice Discrimination against a Person or Persons based on their Race.... And Abusing Their Authority With Destructive tendency....

(3.) The 1963 bombing OF the Sixteeth Street Baptist Church In Birmingham, Alabama Was One of the Most Notorious incidents of Racism Moments of the 1960's/ Prejudic, racialism. apartheld Jim Crow, Segregation bigotry. intolerance narrow-Mindedness, Narrowness. a Person who believes that One Race Should Control the, all Others Supremacist.

(4.) Racism The belief that Certain Races of People are by birth and nature Superior to. Other/Hitler's Declaration OF His belief in a "Master Race" Was the First indication OF the inherent racism OF the nazi Movement) Racialism apartheld, Segregation; eugenies desegregation integration...

(Continue OFF Page 10)

## VIII. RELIEF REQUESTED:

(5.) I would like for This Court OF The United States of District Court Middle District of Florida to be Obligated to Meet the Requirrment, Financial needs. and Compensation relief OF 2.6 Million dollars Injustice Discrimination Harissiment Prejudic, racism, Racial Profiling, illgal Search and Seizves, Store typing, Physical injury Well As Mental injury pain and Financial Suffering. "Lost of Home, That Made me Home less. Lost of Job To Surpart my family As A parent Care Giver. "lost of Children, and GrandChildren. Through the Custdy of C.P.S Death in the Plaintiff Family within his, incarceration OF the COVID-19. Pediatric. Last YEAR. 2019. Arrest. I would like my Life To be Restored. Through "Of" Financial Conpensation Of the 2.6 Million Dollars. As of Matter nature Specificity Concerns. let the Court take this Situation in consideration. And Circumstances... Be Resolved at this Important time For the Plaintiff..

*Michael K. Casull*

_____ *BBoldin*
6/17/21

Michael Kevin Casull

Brooke P Boldin
Comm #HH050289
Expires: Feb. 1, 2025
Bonded Thru Aaron Notary

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I would like injunctive relif stopping Defendants of Harcssing Plaintiff and Homeless On 14st. and Compensary relief of 2.6 million dollars FALSE imprisonment injustice Pain and Financial Suffering. Death In The Family lost of Plaintiff Childrens. Home, Due to incarceration.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __2nd__ day of __June__, 2_021_.

Michael Kevin Casrell
Michael Kevin CASrell

_____

_____
(Signatures of all Plaintiffs)

CASTCH MiChAcll #169014

B___ PBoew
6/04/21
JavIb Casrell michay



Brooke P Boldin
Comm #HH050289
Expires: Feb. 1, 2025
Bonded Thru Aaron Notary

DC 225 (Rev. 9/03)                    10